UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

```
FILED
MAR 1 9 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY              DEPUTY
```

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

JONATHAN CARLOS GOMEZ-GONZALEZ RUBIO,

               Defendant.

CASE NO. 07CR374-BTM

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: **21 USC 952 AND 960**

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/15/07

JAN M. ADLER
UNITED STATES DISTRICT JUDGE

ENTERED ON _____